EXHIBIT - A

 **Commission of Correction**

**ALLEN RILEY**
Chairman

**THOMAS J. LOUGHREN**
Commissioner

October 18, 2019

LeRoy Peoples
Broome County Jail
155 Lt. Van Winkle Dr
Binghamton, NY 13905

Dear Mr. Peoples,

    This correspondence is to inform you that we received a letter on October 15, 2019.

    Please be advised that it is not the intent of the Commission to circumvent the facility's grievance processes. As such, all remedies at the facility and department level should be exhausted for future complaints before writing to the Commission. It is suggested that you address any further issues that you may have through the facility grievance process or directly through the sick call process.

    If you have any additional difficulties, contact the facility grievance coordinator or write to the facility administrator. Thank you for bringing your concerns to our attention.

Regards,

NYS SCOC Forensic Medical Unit

80 South Swan Street, 12th Floor, Albany, New York 12210 | 518-485-2346 – phone | 518-485-2467 – fax | www.scoc.ny.gov

# JOHN M. SCANLON

Attorney at Law

64 Front Street
Post Office Box 2206
Binghamton, New York 13902
607-651-2111
Fax 607-651-2114
johnscanlonlaw@gmail.com
(Not for service of process)

October 21, 2019

Leroy Peoples
Broome County
Public Safety Building
P.O. Box 2047
Binghamton, New York 13902

Dear Mr. Peoples:

    In reading your letters to me and to the Courts, enclosed please find a copy of a letter to Maj. Smolinsky and to Lt. Noyes regard your medicals.

    Since you have referenced an apparent assault by a corrections officer, you are likely aware that the same may have civil action repercussions. I do not handle these sorts of cases, and thus I urge you to seek the advice of an attorney who is experienced in this area. I do know that there are some time limitations and notice requirements that need to be satisfied, and therefore you must act sooner rather than later. I would suggest you contact the Broome County Bar Association Lawyer Referral Service for guidance in locating an attorney for any such civil matter.

Sincerely,

John M. Scanlon

# JOHN M. SCANLON

Attorney at Law

64 Front Street
Post Office Box 2206
Binghamton, New York 13902
607-651-2111
Fax 607-651-2114
johnscanlonlaw@gmail.com
(Not for service of process)

October 21, 2019

Maj. Mark Smolinsky
Broome County
Public Safety Building
155 Lt. VanWinkle Drive
Binghamton, New York 13901

RE:   LEROY PEOPLES, Inmate

Dear Maj. Smolinsky:

I represent Mr. Peoples on various charges.

I have received a letter from Mr. Peoples, and copies of similar letters that he has sent to County Court (Hon. Kevin P. Dooley) and to the Dickinson Town Court, pertaining to treatment of Mr. Peoples' medical complaints or condition.

Mr. Peoples states that he was assaulted by a corrections officer on August 23, 2019, and that the injuries Mr. Peoples sustained are not revealed by an x-ray images but are injuries to tendons and ligaments that may require the attentions of a specialist and perhaps an MRI. Mr. Peoples requests have been denied by the medical staff and he continues to be in pain and states he has a limited range of motion of the affected area.

I request your office look into the matter and take any corrective steps that you believe are necessary. Thank you for your attention to this matter.

Sincerely,

John M. Scanlon
cc:   Lt. Scott Noyes, Medical Liaison Officer
      Leroy Peoples




# Incident Report

Incident: 2019-00002573

**Print Date/Time:** 08/23/2019 18:46
**Login ID:** broomecounty\djs36161
**Report Template:** Incident Report

Broome County Sheriff's Office
**ORI Number:** NY0030000

## Details

| | | | | | |
|---|---|---|---|---|---|
| **Incident Type:** | Informational | **Reporting Officer:** | 517 - Ortega | **Assigned To:** | |
| **Incident Date/Time:** | 08/23/2019 04:50 PM | **Reported Date/Time:** | 08/23/2019 05:55 PM | **Assigned Date:** | |
| **Incident Location:** | F Pod | | | | |
| **Description:** | Fight between A. Jones and Peoples | | | | |

## Narrative

At approximately 1650 on 8/23/19 during evening meal I heard a disturbance and witnessed inmate Leroy peoples ( BCN 19-2722 ) standing over and striking inmate Antonio Jones ( BCN 19-1249 ). I immediately ordered the inmates to stop and get on the ground, for the unit to lock in and called a code yellow over the radio. Inmate Peoples immediately complied while Jones ran towards my desk. I again ordered jones to get on the ground at which point he did. Sgt Gillette along with officers Moore, Hrebin, Bell, Travis and S. Connors responded. Both inmates were escorted out without further incident.

Signature: _____   Date: _____

Reviewed: _____   Date: _____

**Medical Notified:** _____ YES  _____ NO   Date: _____

Sinners Swing
Gentlemen's Club
Bachelor Parties Welcome
Bachelorette - BDAYS - Divorce Parties & More
Catered Food Available
Fully Nude - BYOB - Transportation Available
Wanted: Exotic Dancers

fb sinners swing
IG Sinnersswing25
sc Sinner Swing
(570) 338-5701

HRS: Tues - Thurs. 7pm - 2am
      Friday - Sat. 7pm - 4am
1405 Scranton Carbondale Hwy.
Mayfield, PA 18433