LeRoy Peoples, #235959
Broome County Jail
P.O. Box 2047
Binghamton, NY 13902



Clerk of the Court
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901